UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x    17-cv-00964(DNH)(DJS)

VICTOR FONDACARO, on behalf of himself and all
others similarly situation,

        Plaintiff

        -against-

OVERTON, RUSSELL, DOERR & DONOVAN,
LLP and LINDA LEE DONOVAN,

        Defendants

-------------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE COURT:

   IT IS HEREBY STIPULATED PURSUANT to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that no party named herein is an infant or an incompetent person, notice is hereby given that the above-entitled action shall be, and hereby is, voluntarily dismissed by the Plaintiff, VICTOR FONDACARO, with prejudice as to said Plaintiff and without attorneys fees and/or costs as to any party named herein.

DATED: New York, New York                              ROBERT L. ARLEO, ESQ. P.C.
       November 16, 2017

                                                         By: */s/ Robert L. Arleo*
                                                             ROBERT L. ARLEO
                                                             Attorney for the Plaintiff
                                                             380 Lexington Avenue, 17th Fl.
                                                             New York, New York 10168
                                                             (212) 551-1115
                                                             robertarleo@gmail.com

DATED: Rochester, New York
       November 16, 2017

                              BARCLAY DAMON, LLP

                              By: */s / Paul A. Sanders*
                                  PAUL A. SANDERS
                                  Attorneys for the Defendants
                                  2000 Five Star Plaza
                                  100 Chestnut Street
                                  Rochester, New York   14604
                                  (585) 295-4426
                                  psanders@barclaydamon.com

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated:   November 16, 2017
          Utica, NY